FILED

APR 28 2021

Clerk, U.S. District Court
District Of Montana
Missoula

CYNDEE L. PETERSON
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT 59807
105 E. Pine
Missoula, MT 59802
Phone: (406) 542-8851
FAX: (406) 542-1476
Email: Cyndee.Peterson@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. AARON CHARLES FRITSCH, Defendant. | CR 21-17-M-DLC <br><br> INDICTMENT <br><br> RECEIPT OF CHILD PORNOGRAPHY <br> Title 18 U.S.C. § 2252A(a)(2)(b) <br> (Penalty: Mandatory minimum five years to 20 years imprisonment, $250,000 fine, five years to lifetime supervised release, $5,000 special assessment, and up to $35,000 special assessment) |
|---|---|

THE GRAND JURY CHARGES:

That between on or about March 8, 2020, and June 24, 2020, at Missoula, in Missoula County, in the State and District of Montana, the defendant, AARON CHARLES FRITSCH, did knowingly receive any child pornography, as defined in 18 U.S.C. § 2256(8)(A), using any means and facility of interstate and foreign

1

commerce, and that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of 18 U.S.C. §§ 2252A(a)(2) and (b).

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

_____
LEIF M. JOHNSON
Acting United States Attorney

_____
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Summons: _____
Warrant: ✓ _____

(State custody - GF Regional Prison)