IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AARON CHARLES FRITSCH,<br><br>Defendant. | CR 21–17–M–DLC<br><br><br><br>ORDER |

Due to the COVID-19 outbreak, and upon the Court's Own Motion,

IT IS ORDERED that the sentencing hearing currently scheduled for Wednesday, October 27, 2021 at 3:00 p.m. is VACATED and RESET to commence via video from Cascade County Detention Center on Wednesday, October 27, 2021 at 3:00 p.m.  If the Defendant objects to this hearing being held via video, he shall file a notice of objection on or before October 22, 2021.

The Clerk shall notify counsel and the U.S. Marshals Service of this Order.

DATED this 4th day of October, 2021.

Dana L. Christensen, District Judge
United States District Court